**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Tanya M. Ryan** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–0544** <br> EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Virginia**

Case number:  **16–33539–KRH**

## Discharge of Debtor                                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Tanya M. Ryan
   fka Tanya M. Smith

<u>October 26, 2016</u>                              **For the court:**         William C. Redden
                                                                                Clerk

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                    **Discharge of Debtor**                    page 2

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                  Case No. 16-33539-KRH
Tanya M. Ryan                                                           Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: admin              Page 1 of 1               Date Rcvd: Oct 27, 2016
                                 Form ID: 318              Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2016.
```
db           +Tanya M. Ryan,    3907 Woodlawn Street,    Hopewell, VA 23860-5527
13495964     +Citibank,    c/o Unifund CCR LLC,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
13495966     +Discover Bank,    c/o Glasser & Glasser,    P.O. Box 3400,    Norfolk, VA 23514-3400
13495969     +Glasser and Glasser,    P.O. Box 3400,    Norfolk, VA 23514-3400
13495970     +Hidden Oak Group, Inc.,    c/o Legum & Wilk PLC,    4004 WIlliamsburg Ct,
              Fairfax, VA 22032-1139
13495974     +VHDA,    601 S. Belvidere Street,    Richmond, VA 23220-6504
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +EDI: QHSHAIA.COM Oct 28 2016 01:53:00      Harry Shaia, Jr,    Spinella, Owings & Shaia, P.C.,
               8550 Mayland Drive,    Richmond, VA 23294-4704
13495965      EDI: DISCOVER.COM Oct 28 2016 01:53:00      Discover,    P.O. Box 15316,
               Wilmington, DE 19850-0000
13495967      E-mail/Text: bankruptcy.bnc@ditech.com Oct 28 2016 02:26:00      DITECH,    P.O. Box 6172,
               Rapid City, SD 57709-6172
13495962      E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Oct 28 2016 02:26:09      Office of the U.S. Trustee,
               701 East Broad St.,    Richmond, VA 23219-1885
13495972     +EDI: RMSC.COM Oct 28 2016 01:53:00      SYNCB/Care Credit,    P.O. Box 965036,
               Orlando, FL 32896-5036
13495971      EDI: SEARS.COM Oct 28 2016 01:53:00      Sears/CBNA,    P.O. Box 6282,
               Sioux Falls, SD 57117-6282
13495973     +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Oct 28 2016 02:26:09      U.S. Trustee's Office,
               701 E. Broad Street,    Suite 4000,    Richmond, VA 23219-1849
13495975     +EDI: WFFC.COM Oct 28 2016 01:53:00      Wells Fargo Card Service,    P.O. Box 14517,
               Des Moines, IA 50306-3517
13495976      EDI: WFFC.COM Oct 28 2016 01:53:00      Wells Fargo Card Services,    P.O. Box 6412,
               Carol Stream, IL 60197-6412
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13495963*    +Tanya M. Ryan,    3907 Woodlawn Street,    Hopewell, VA 23860-5527
13495968    ##+Equable Ascent Financial LLC,    1120 W Lake Cook Road, #B,    Buffalo Grove, IL 60089-1970
                                                                                              TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2016 at the address(es) listed below:
```
              Harry Shaia, Jr     harryshaia@spinella.com,
               marykeller@spinella.com;dianecollins@spinella.com;hshaiajr@ecf.epiqsystems.com
              Hunter R. Wells    on behalf of Debtor Tanya M. Ryan hwells@canfieldbaer.com,
               sbush@canfieldbaer.com
                                                                                              TOTAL: 2
```