**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | | |
|---|---|---|---|
| In re: | Tanya M. Ryan | ) | |
| | | ) | Case No. 16-33539 |
| | Debtor. | ) | Chapter 7 |
| | | ) | |
| Address | | ) | |
| | Tanya M. Ryan | ) | |
| | | ) | |
| | 3907 Woodlawn St. | ) | |
| | | ) | |
| | Hopewell, VA 23860 | ) | |

Last four digits of SSN or ITIN:   xxx-xx-0544

## NOTICE OF MOTION TO REOPEN BANKRUPTCY

   **Jason M. Krumbein, Esq.** has filed papers with this court seeking to reopen the Bankruptcy.

   **Your rights may be affected. You should read these papers carefully, and discuss them with your attorney in this Bankruptcy Case, if you have one. (If you do not have an attorney, you may wish to consult one.)**

   If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before <u>21 DAYS FROM TODAY</u>, you or your attorney must:

   File with the court and mail a copy to the Debtors' counsel, at the addresses shown below, a written request for a hearing. If you mail your request for hearing to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

| | |
|---|---|
| Clerk of the Court | Jason M. Krumbein, Esq. |
| U.S. Bankruptcy Court | Krumbein Consumer Legal Services |
| 701 E. Broad St., Suite 4000 | 10307 W. Broad St. Suite 293 |
| Richmond, VA 23219 | Glen Allen, VA 23606 |

   You must also attend a hearing on January 28, 2026 at 11:00am at the US Courthouse, 701 E. Broad St. Courtroom 5000, Richmond, VA 23219.

   If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion, and may enter an order granting that relief.

Date: December 30, 2025

/s/ Jason M. Krumbein, Esq.
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
VSBN 43538
Counsel for Movant

CERTIFICATE OF SERVICE
See certification in Application Attached hereto

Case 16-33539-KRH    Doc 14    Filed 12/30/25    Entered 12/30/25 15:47:16    Desc Main
Document      Page 2 of 4

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | | |
|---|---|---|---|
| In re: | Tanya M. Ryan | ) | |
| | | ) | Case No. 16-33539 |
| | Debtor. | ) | Chapter 7 |
| | | ) | |
| Address | | ) | |
| | Tanya M. Ryan | ) | |
| | | ) | |
| | 3907 Woodlawn Dr. | ) | |
| | | ) | |
| | Hopewell, VA 23860 | ) | |

Last four digits of SSN or ITIN:   xxx-xx-0544 XXXX

## MOTION TO REOPEN BANKRUPTCY

**COMES NOW**, Jason M. Krumbein, Esq.., counsel for Movant, and says as follows:

### JURISDICTION, VENUE, CORE PROCEEDING

1) This court has jurisdiction pursuant to 28 USC 1441.

2) This is the proper venue pursuant 28 USC 1391.

3) This is a core proceeding pursuant to 28 USC 157.

### PARTIES

4) The movants are the Debtors in the above identified case, as defined by the Bankruptcy Code.

5) Respondents are creditors as defined by the Bankruptcy code.

### FACTS

6) Movants filed a Voluntary Petition for Relief in this court on July 18, 2016.

7) A Discharge was entered on October 26, 2016, and the case was closed on October 31, 2019.

8) Movant now seeks to reopen the Bankruptcy to afford specific relief to the debtor.

9) Movant suffered 3 judgments pre-petition.

10) Movant wishes to seek relief from this court to avoid judgment liens.

11) Because there are no asset to administer, only relief to afford the debtor, it is not necessary to reappoint a trustee.

## RELIEF REQUESTED

Movants request that the court approve the foregoing motion to reopen for the reasons stated above.

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSBN 43538
Counsel for the Movant
Krumbein Consumer Legal Services
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
Tel: 804.592.0792 Fax: 804.823.2565
jkrumbein@krumbeinlaw.com

## CERTIFICATE OF SERVICE

I certify that I have this December 30, 2025, transmitted a true copy of the foregoing application electronically through the court's CM/ECF system to the Chapter 13 Trustee and by regular mail to the to the Debtor and all creditors listed on the attached Service List.

/s/ Jason M. Krumbein, Esq.
Counsel for the Debtor(s) in Bankruptcy