| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 16-33539-KRH<br>Eastern District of Virginia<br>Richmond<br>Tue Dec  2 22:32:08 EST 2025 | United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 | Citibank<br>c/o Unifund CCR LLC<br>10625 Techwoods Circle<br>Cincinnati, OH 45242-2846 |
| DITECH<br>P.O. Box 6172<br>Rapid City, SD 57709-6172 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Discover Bank<br>c/o Glasser & Glasser<br>P.O. Box 3400<br>Norfolk, VA 23514-3400 |
| Equable Ascent Financial LLC<br>1120 W Lake Cook Road, #B<br>Buffalo Grove, IL 60089-1970 | (p)GLASSER AND GLASSER  P L C<br>P O BOX 3400<br>NORFOLK VA 23514-3400 | Hidden Oak Group, Inc.<br>c/o Legum & Wilk PLC<br>4004 WIlliamsburg Ct<br>Fairfax, VA 22032-1139 |
| Office of the U.S. Trustee<br>701 East Broad St.<br>Richmond, VA 23219-1885 | SYNCB/Care Credit<br>P.O. Box 965036<br>Orlando, FL 32896-5036 | Sears/CBNA<br>P.O. Box 6282<br>Sioux Falls, SD 57117-6282 |
| Tanya M. Ryan<br>3907 Woodlawn Street<br>Hopewell, VA 23860-5527 | U.S. Trustee's Office<br>701 E. Broad Street<br>Suite 4000<br>Richmond, VA 23219-1849 | VHDA<br>601 S. Belvidere Street<br>Richmond, VA 23220-6504 |
| Wells Fargo Card Service<br>P.O. Box 14517<br>Des Moines, IA 50306-3517 | Wells Fargo Card Services<br>P.O. Box 6412<br>Carol Stream, IL 60197-6412 | Harry Shaia, Jr<br>Spinella, Owings & Shaia, P.C.<br>8550 Mayland Drive<br>Richmond, VA 23294-4704 |
| Hunter R. Wells<br>Canfield Wells, LLP<br>Post Office Box 1324<br>Hopewell, VA 23860-1324 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Discover<br>P.O. Box 15316<br>Wilmington, DE 19850-0000 | Glasser and Glasser<br>P.O. Box 3400<br>Norfolk, VA 23514-0000 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Tanya M. Ryan
3907 Woodlawn Street
Hopewell, VA 23860-5527

End of Label Matrix

Mailable recipients    18
Bypassed recipients     1
Total                  19