UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | | |
|---|---|---|
| **In re:** | **Tanya M. Ryan** ) | |
| | ) | **Case No. 16-33539-BFK** |
| | **Debtor.** ) | **Chapter 7** |
| | ) | |
| **Address** | ) | |
| | **Tanya M. Ryan** ) | |
| | ) | |
| | **3907 Woodlawn Dr.** ) | |
| | ) | |
| | **Hopewell, VA 23860** ) | |

Last four digits of SSN or ITIN:   xxx-xx-0544
                                  XXXX

### ORDER ON MOTION TO REOPEN BANKRUPTCY

**COMES NOW**, debtor by counsel on a motion to reopen to afford relief to the debtor, the court FINDS:

### JURISDICTION, VENUE, CORE PROCEEDING

1) This court has jurisdiction pursuant to 28 USC 1441.

2) This is the proper venue pursuant 28 USC 1391.

3) This is a core proceeding pursuant to 28 USC 157.

### PARTIES

4) The movants are the Debtors in the above identified case, as defined by the Bankruptcy Code.

5) Respondents are creditors as defined by the Bankruptcy code.

### FACTS

6) Movants filed a Voluntary Petition for Relief in this court on July 18, 2016.

7) A Discharge was entered on October 26, 2016, and the case was closed on October 31, 2019.

8) Movant now seeks to reopen the Bankruptcy to afford specific relief to the debtor.

9) Movant suffered 3 judgments pre-petition.

10) Movant wishes to seek relief from this court to avoid judgment liens.

11) Because there are no asset to administer, only relief to afford the debtor, it is not necessary to reappoint a trustee.

## **RELIEF ORDERED**

The motion to reopen is GRANTED, it is

ORDERED that the case is reopened; and

ORDERED that the trustee is NOT reappointed; and

ORDERED that the debtor may file a motion to avoid judgment liens within 30 days.

Dated: Jan 29 2026

/s/ Brian F Kenney

Brian F. Kenney, Judge, US Bankruptcy Court

Eastern District of Virginia, Richmond Division

Entered On Date: Jan 30 2026

I ASK FOR THIS

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSBN 43538
Counsel for the Movant
Krumbein Consumer Legal Services
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
Tel: 804.592.0792 Fax: 804.823.2565
jkrumbein@krumbeinlaw.com

**CERTIFICATE OF ENDORSEMENT PURSUANT TO LBR 9022-1**

I certify that all necessary parties have endorsed the foregoing order.

/s/ Jason M. Krumbein, Esq.
Counsel for the Debtor(s) in Bankruptcy

SERVICE LIST

BY ECF:
Hunter Wells
Harry Shaia
Office of US Trustee
Jason M. Krumbein


BY US MAIL:
NONE

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 16-33539-BFK |
| Tanya M. Ryan | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-7 | User: TatianaLa | Page 1 of 2 |
| Date Rcvd: Jan 30, 2026 | Form ID: pdford9 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Tanya M. Ryan, 3907 Woodlawn Street, Hopewell, VA 23860-5527 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.rh.ecf@usdoj.gov | Jan 31 2026 01:19:00 | UST smg Richmond, Office of the U. S. Trustee, 701 East Broad St., Suite 4304, Richmond, VA 23219-1849 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 01, 2026               Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harry Shaia, Jr | harryshaia@spinella.com  marykeller@spinella.com;dianecollins@spinella.com;hshaiajr@ecf.axosfs.com |
| Hunter R. Wells | on behalf of Debtor Tanya M. Ryan hunter@cwkllp.com  galen@cwkllp.com;jean@cwkllp.com;peggy@cwkllp.com |

District/off: 0422-7     User: TatianaLa     Page 2 of 2
Date Rcvd: Jan 30, 2026     Form ID: pdford9     Total Noticed: 2

Jason Meyer Krumbein
                 on behalf of Debtor Tanya M. Ryan jkrumbein@krumbeinlaw.com a30156@yahoo.com;jkrumbein@recap.email

TOTAL: 3