## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| **In re:** | ) | |
| **Tanya M. Ryan** | ) | |
| | ) | **Case No. 16-33539** |
| **Debtor.** | ) | **Chapter 7** |
| | ) | |
| **Address** | ) | |
| | ) | |
| **Tanya M. Ryan** | ) | |
| **3907 Woodlawn St.** | ) | |
| **Hopewell, VA 23860** | ) | |
| | ) | |
| Last four digits of SSN or ITIN:   **0544** | | |

### NOTICE OF MOTION TO AVOID JUDGMENT LIEN

**DEBTOR BY COUNSEL** has filed papers with this court seeking to avoid judgment liens.

**Your rights may be affected.  You should read these papers carefully, and discuss them with your attorney in this Bankruptcy Case, if you have one. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before 21 DAYS FROM TODAY, you or your attorney must:

File with the court and mail a copy to the Debtors' counsel, at the addresses shown below, a written request for a hearing.  If you mail your request for hearing to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

| | |
|---|---|
| Clerk of the Court | Jason M. Krumbein, Esq. |
| U.S. Bankruptcy Court | Krumbein Consumer Legal Services, Inc. |
| 701 E. Broad St., Suite 4000 | 10307 W. Broad St. Suite 293 |
| Richmond, VA 23219 | Glen Allen, VA 23060 |

You must also attend a hearing to be scheduled later.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion, and may enter an order granting that relief.

Date: February 4, 2026                                   /s/ Jason M. Krumbein, Esq.
                                                         10307 W. Broad St. Suite 293
                                                         Glen Allen, VA 23060
                                                         VSBN 43538
                                                         Counsel for Debtor in Bankruptcy

CERTIFICATE OF SERVICE
See certification in Application Attached hereto

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re: Tanya M. Ryan  Debtor. | ) ) ) Case No. 16-33539 ) Chapter 7 ) |
| Address  Tanya M. Ryan  3907 Woodlawn St.  Hopewell, VA 23860 | ) ) ) ) ) ) |

Last four digits of SSN or ITIN:    **0544**

## MOTION TO AVOID JUDGMENT LIENS

**COMES NOW**, Krumbein Consumer Legal Services, Inc., counsel for Debtor(s), and says as follows:

### JURISDICTION, VENUE, CORE PROCEEDING

1) This court has jurisdiction pursuant to 28 USC 1441.

2) This is the proper venue pursuant 28 USC 1391.

3) This is a core proceeding pursuant to 28 USC 157.

### PARTIES

4) The movant is the Debtors in the above identified case, as defined by the Bankruptcy Code.

5) Respondents are creditors as defined by the Bankruptcy code.

### FACTS

6) Movants filed a Voluntary Petition for Relief under Chapter 7 in this court on July 18 2016.

7) The trustee has filed a Notice of Report of No Distribution on August 23, 2016.

8) A discharge was entered on October 26, 2016.

9) Additionally, the among the creditors listed in the case, was Discover Bank. Discover Bank (Discover Bank merged with Capital One, NA May 18, 2025) had obtained a judgment against debtor, originally in Hopewell City General District Court, and recorded the judgment as a lien in the City of Hopewell, Virginia at 110000747 on July 8, 2011. CitiBank (South Dakota) NA obtained a judgment against debtor in the City of Hopewell General District Court  recorded in the City of Hopewell at 110001000 on September 26, 2011. Equitable Ascent Financial, LLC . had obtained a judgment against debtor, originally in Hopewell City General District Court, and recorded the judgment as a lien in the City of Hopewell, Virginia at 120000713, on June 26, 2012.

10) The debtor owned real property at the time of the filing as tenants by tin Fee Simple as sole owner at 39047 Woodlawn St. in in the City of Hopewell.  Legal description of the property is

ALL those certain lots or parcels of land lying, being and situate in the City of Hopewell, Virginia, and known as lots 25, 26, 27 and 28 in Block 10, Cedar Level Subdivision, together with that strip of land adjacent to the aforesaid lots, said strip of land being the rear and Eastern 100 feet of Lot 9 in Block 10, Cedar Level Subdivision; less and excepting however, the Northern 15 feet of the said Eastern 100 feet of Lot 9; which said Northern 15 feet was conveyed to Riley E. Ingram and Mary Ingram in September 1970 by deed from J.H. Lowder, et ux. Reference is made to Prince George County, in Plat Book 3, page 57 for a plat showing the measurements of lots in said subdivision.

LESS AND EXCEPT; All those certain lot, parcel or piece of land with improvements thereon and appurtenances thereto pertaining, lying, being and situate in the City of Hopewell, Virginia, and being further known, numbered and designated as being a portion of Lot 9, in Block 10, Cedar Level Subdivision, a subdivision of said City, and being more particularly described as follows: BEGINNING at the Northern corner of Lot 9 at the point where the dividing line of Lots 9 and 10 intersects the back property line of said lots; thence in a southeasternly direction along the Northeastern line of Lot 9 a distance of 15 feet to a point; thence Southwesternly along a line that is parallel to the dividing line between Lots 9 and 10 a distance of 100 feet to a point where said line intersects the extention of the dividing line of Lots 28 and 29; thence along said extention a distance of 15 feet to said extention intersects the dividing line between Lots 9 and 10 to a point; thence along the dividing line of Lots 9 and 10 to the point of beginning. This forming a lot out of lot 9 that is 15 feet wide and 100 feet long.

BEING the same property conveyed to Deems G. Lowder and Roberta Lynn Blackburn (brother and sister) as joint tenants with right of survivorship, by Deed of Gift from Evelyn A.M. Lowder, widow, also known as E. Adelia Lowder, dated September 19, 1984, recorded September 20, 1984, in the Clerk's Office, Circuit Court for the City of Hopewell in Deed Book 186, Page 392. The said Roberta Lynn Blackburn died testate March 22, 1987, thereby vesting fee simple interest in Deems G. Lowder.

11) The judgment impairs the exemption of the debtor because the value of the property was $58,000 in 2016, with mortgage liens in favor of Ditech and VHDA for $43,000 and $40,000, respectively. Debtor claimed an exemption in the subject property in the amount of $1.00. There was negative equity in the property to reach the judgment liens.

12) The debtor now seeks to avoid the judgment lien that impairs her exemptions. *In Re Botkin (Botkin v. DuPont Community Credit Union)*, 650 F3d 396 (4th Cir, 2011)

## RELIEF REQUESTED

Movants request that the court enter an order avoiding the judgment liens of Discover Bank, CitiBank (South Dakota) NA, Equitable Ascent Financial, LLC.

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSBN 43538
Counsel for the Debtor(s) in Bankruptcy
Krumbein Consumer Legal Services, Inc.
10307 W. Brod St. Suite 293
Glen Allen, VA 23060
Tel: 804.592.0792 Fax: 804.823.2565
jkrumbein@krumbeinlaw.com

## **CERTIFICATE OF SERVICE**

I certify that I have this February 4, 2026, transmitted a true copy of the foregoing pursuant to FRBP 7004 to the to the Debtor and to the creditors specified above by US Mail at the following address:

Capital One, NA successor by Merger to Discover Bank
CEO Richad D. Fairbank
1680 Capital One Drive
McLean, VA 22102
**CERTIFIED MAIL 7004(h)**

Glasser and Glasser, PLC
Counsel for Capital One/Discover
P.O. Box 3400
Norfolk, VA 23514

CitiBank (South Dakota) NA
CEO Sunil Garg
5800 S. Corporate Pl
Sioux Falls, SD 57108
**CERTIFIED MAIL 7004 (h)**

Glasser and Glasser, PLC
Counsel for CitiBank
P.O. Box 3400
Norfolk, VA 23514

Equitable Ascent Financial, LLC
FKA Hilco Receivables, LLC
1120 W. Lake Cook Rd.
Buffalo Grove, IL 60089

Counsel for Equitable Ascent and Hilco Receivables

Michael Chabrow, Esq
9211 Corporate Blvd Suite 130
Rockville, MD 20850

Hilco Receivables, LLC
R/A United Agent group, Inc.
425 W, Washington St, Suite 4
Suffolk, VA 23434

RAS Lavrar, LLC
4012 Raintree Rd.
Chesapeake, VA 23321

/s/ Jason M. Krumbein, Esq.
Counsel for the Debtor(s) in Bankruptcy