UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:

Tanya M. Ryan

Debtor.

Case No. 16-33539
Chapter 7

Address

Tanya M. Ryan
3907 Woodlawn St.
Hopewell, VA 23860

Last four digits of SSN or ITIN: **0544**

### ORDER ON MOTION TO AVOID JUDGMENT LIENS

**UPON MOTION BY**, Krumbein Consumer Legal Services, Inc., counsel for Debtor(s), The court FINDS as follows:

### JURISDICTION, VENUE, CORE PROCEEDING

1) This court has jurisdiction pursuant to 28 USC 1441.

2) This is the proper venue pursuant 28 USC 1391.

3) This is a core proceeding pursuant to 28 USC 157.

### PARTIES

4) The movant is the Debtors in the above identified case, as defined by the Bankruptcy Code.

5) Respondents are creditors as defined by the Bankruptcy code.

### FACTS

6) Movants filed a Voluntary Petition for Relief under Chapter 7 in this court on July 18 2016.

7) The trustee has filed a Notice of Report of No Distribution on August 23, 2016.

8) A discharge was entered on October 26, 2016.

9) Additionally, the among the creditors listed in the case, was Discover Bank. Discover Bank (Discover Bank merged with Capital One, NA May 18, 2025) had obtained a judgment against debtor, originally in Hopewell City General District Court, and recorded the judgment as a lien in the City of Hopewell, Virginia at 110000747 on July 8, 2011. CitiBank (South Dakota) NA obtained a judgment against debtor in the City of Hopewell General District Court  recorded in the City of Hopewell at 110001000 on September 26, 2011. Equitable Ascent Financial, LLC . had obtained a judgment against debtor, originally in Hopewell City General District Court, and recorded the judgment as a lien in the City of Hopewell, Virginia at 120000713, on June 26, 2012.

10) The debtor owned real property at the time of the filing as tenants by tin Fee Simple as sole owner at 39047 Woodlawn St. in in the City of Hopewell.  Legal description of the property is

ALL those certain lots or parcels of land lying, being and situate in the City of Hopewell, Virginia, and known as lots 25, 26, 27 and 28 in Block 10, Cedar Level Subdivision, together with that strip of land adjacent to the aforesaid lots, said strip of land being the rear and Eastern 100 feet of Lot 9 in Block 10, Cedar Level Subdivision; less and excepting however, the Northern 15 feet of the said Eastern 100 feet of Lot 9; which said Northern 15 feet was conveyed to Riley E. Ingram and Mary Ingram in September 1970 by deed from J.H. Lowder, et ux. Reference is made to Prince George County, in Plat Book 3, page 57 for a plat showing the measurements of lots in said subdivision.

LESS AND EXCEPT; All those certain lot, parcel or piece of land with improvements thereon and appurtenances thereto pertaining, lying, being and situate in the City of Hopewell, Virginia, and being further known, numbered and designated as being a portion of Lot 9, in Block 10, Cedar Level Subdivision, a subdivision of said City, and being more particularly described as follows: BEGINNING at the Northern corner of Lot 9 at the point where the dividing line of Lots 9 and 10 intersects the back property line of said lots; thence in a southeasternly direction along the Northeastern line of Lot 9 a distance of 15 feet to a point; thence Southwesternly along a line that is parallel to the dividing line between Lots 9 and 10 a distance of 100 feet to a point where said line intersects the extention of the dividing line of Lots 28 and 29; thence along said extention a distance of 15 feet to said extention intersects the dividing line between Lots 9 and 10 to a point; thence along the dividing line of Lots 9 and 10 to the point of beginning. This forming a lot out of lot 9 that is 15 feet wide and 100 feet long.

BEING the same property conveyed to Deems G. Lowder and Roberta Lynn Blackburn (brother and sister) as joint tenants with right of survivorship, by Deed of Gift from Evelyn A.M. Lowder, widow, also known as E. Adelia Lowder, dated September 19, 1984, recorded September 20, 1984, in the Clerk's Office, Circuit Court for the City of Hopewell in Deed Book 186, Page 392. The said Roberta Lynn Blackburn died testate March 22, 1987, thereby vesting fee simple interest in Deems G. Lowder.

11) The judgments impair the exemption of the debtor because the value of the property was $58,000 in 2016, with mortgage liens in favor of Ditech and VHDA for $43,000 and $40,000, respectively. Debtor claimed an exemption in the subject property in the amount of $1.00. There was negative equity in the property to reach the judgment liens.

12) The debtor now seeks to avoid the judgment lien that impair her exemptions. *In Re Botkin (Botkin v. DuPont Community Credit Union)*, 650 F3d 396 (4th Cir, 2011)

## **RELIEF ORDERED**

The liens of Discover Bank, CitiBank and Equitable Ascent as described above are AVOIDED, and a NULLITY.

Dated: Mar 12 2026         /s/ Brian F Kenney

Brian F. Kenney, Judge, US Bankruptcy Court

Eastern District of Virginia, Richmond Division

Entered On Docket: Mar 12 2026

I ASK FOR THIS

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSBN 43538
Counsel for the Debtor(s) in Bankruptcy
Krumbein Consumer Legal Services, Inc.
10307 W. Brod St. Suite 293
Glen Allen, VA 23060
Tel: 804.592.0792 Fax: 804.823.2565
jkrumbein@krumbeinlaw.com

**CERTIFICATE OF ENDORSEMENT PURSUANT TO LBR 9022-1**

I certify that all necessary parties have endorsed the foregoing order.

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSBN 43538
Counsel for the Debtor(s) in Bankruptcy
Krumbein Consumer Legal Services, Inc.
10307 W. Brod St. Suite 293
Glen Allen, VA 23060
Tel: 804.592.0792 Fax: 804.823.2565
jkrumbein@krumbeinlaw.com

SERVICE LIST

BY ECF:
Hunter Wells
Harry Shaia
Office of US Trustee
Jason M. Krumbein

BY US MAIL:

Capital One, NA successor by Merger to Discover Bank
CEO Richad D. Fairbank
1680 Capital One Drive
McLean, VA 22102

Glasser and Glasser, PLC
Counsel for Capital One/Discover
P.O. Box 3400
Norfolk, VA 23514

CitiBank (South Dakota) NA
CEO Sunil Garg
5800 S. Corporate Pl
Sioux Falls, SD 57108

Glasser and Glasser, PLC
Counsel for CitiBank
P.O. Box 3400
Norfolk, VA 23514

Equitable Ascent Financial, LLC
FKA Hilco Receivables, LLC
1120 W. Lake Cook Rd.
Buffalo Grove, IL 60089

Counsel for Equitable Ascent and Hilco Receivables

Michael Chabrow, Esq
9211 Corporate Blvd Suite 130
Rockville, MD 20850

Hilco Receivables, LLC
R/A United Agent group, Inc.
425 W, Washington St, Suite 4
Suffolk, VA 23434

RAS Lavrar, LLC
4012 Raintree Rd.
Chesapeake, VA 23321

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 16-33539-BFK |
| Tanya M. Ryan | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-7 | User: MaryReduz | Page 1 of 2 |
| Date Rcvd: Mar 12, 2026 | Form ID: pdford11 | Total Noticed: 9 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Tanya M. Ryan, 3907 Woodlawn Street, Hopewell, VA 23860-5527 |
| | + | Counsel for Equitable Ascent and Hilco Receivables, Michael Chabrow, Esq, 9211 Corporate Blvd Suite 130, Rockville, MD 20850-3873 |
| | + | Counsel for Equitable Ascent and Hilco Receivables, RAS Lavrar, LLC, 4012 Raintree Rd., Chesapeake, VA 23321-3741 |
| | + | Equitable Ascent Financial, LLC, FKA Hilco Receivables, LLC, 1120 W. Lake Cook Rd., Buffalo Grove, IL 60089-1970 |
| | + | Hilco Receivables, LLC, R/A United Agent group, Inc., 425 W, Washington St, Suite 4, Suffolk, VA 23434-5320 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.rh.ecf@usdoj.gov | Mar 13 2026 01:47:00 | UST smg Richmond, Office of the U. S. Trustee, 701 East Broad St., Suite 4304, Richmond, VA 23219-1849 |
| | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 13 2026 01:48:53 | Capital One, NA successor by Merger to, Discover Bank, CEO Richad D. Fairbank, 1680 Capital One Drive, McLean, VA 22102-3407 |
| | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 13 2026 01:48:45 | CitiBank (South Dakota) NA, CEO Sunil Garg, 5800 S. Corporate Pl, Sioux Falls, SD 57108-5027 |
| 13495966 | + | Email/Text: specialhandling@glasserlaw.com | Mar 13 2026 01:46:00 | Discover Bank, c/o Glasser & Glasser, P.O. Box 3400, Norfolk, VA 23514-3400 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2026          Signature:      /s/Gustava Winters

| District/off: 0422-7 | User: MaryReduz | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 12, 2026 | Form ID: pdford11 | Total Noticed: 9 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Harry Shaia, Jr | harryshaia@spinella.com  marykeller@spinella.com;dianecollins@spinella.com;hshaiajr@ecf.axosfs.com |
| Hunter R. Wells | on behalf of Debtor Tanya M. Ryan hunter@cwkllp.com  galen@cwkllp.com;jean@cwkllp.com;peggy@cwkllp.com |
| Jason Meyer Krumbein | on behalf of Debtor Tanya M. Ryan jkrumbein@krumbeinlaw.com  a30156@yahoo.com;jkrumbein@recap.email |

TOTAL: 3